2016-1920 (La. 11/18/16)

**IN RE: COMMITTEE ON BAR ADMISSIONS CFN–3463**

**NO. 2016–BA–1920**

Supreme Court of Louisiana.

11/18/2016

BAR ADMISSIONS PROCEEDING

PER CURIAM

It is ordered that the application for admission be and hereby is denied. In accordance with Supreme Court Rule XVII, § 9(D)(13), petitioner may not reapply for admission until one year has passed from the date of this judgment.

**ADMISSION DENIED.**

KNOLL, J., would grant conditional admission.

2016-1965 (La. 11/18/16)

**IN RE: Michael Brian RENNIX**

**NO. 2016–B–1965**

Supreme Court of Louisiana.

11/18/2016

ORDER

Considering the Petition for Interim Suspension for Threat of Harm filed by the Office of Disciplinary Counsel,

IT IS ORDERED that respondent, Michael Brian Rennix, Louisiana Bar Roll number 23397, be and he hereby is suspended from the practice of law on an interim basis pursuant to Supreme Court Rule XIX, § 19.2, pending further orders of this court. Pursuant to Supreme Court Rule XIX, § 26(E), this order is effective immediately.

IT IS FURTHER ORDERED that the Office of Disciplinary Counsel may seek the appointment of a trustee(s) to protect the interests of respondent's clients pursuant to the provisions of Supreme Court Rule XIX, § 27, if appropriate.